# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 3:16-CV-02378 MO |
| Plaintiff, | **ORDER TO DISMISS COMPLAINT** |
| v. | |
| **PENNY GASKELL, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RICHELLE GASKELL FKA: RICHELLE MCDONALD; AND THE ESTATE OF RICHELLE GASKELL FKA: RICHELLE MCDONALD,** | |
| Defendant. | |

The Plaintiff having moved the Court to dismiss this action and the Court being duly advised now GRANTS the Motion and it is,

ORDERED, that this action is hereby DISMISSED, WITH PREJUDICE.

So ORDERED this 23 day of March, 2017.

MICHAEL W. MOSMAN
Chief, United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney
District of Oregon


/s/ Kathleen L. Bickers
KATHLEEN L. BICKERS
Assistant United States Attorney

PAGE 1 – ORDER TO DISMISS